IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AARON MILLER,           ) | |
|     Plaintiff,            ) | |
|                                 ) | |
| v.                      ) | CIVIL ACTION: 15-00181-KD-N |
|                                 ) | |
| ROYAL OAK ENTERPRISES LLC, *et al.*, ) | |
|     Defendants.           ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation (Doc. 16) to which objection is made (and with consideration of the response thereto), the Report and Recommendation (Doc. 16) of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 29, 2015, is **ADOPTED** as **AMENDED** as the opinion of this Court as follows: the Report and Recommendation is **ADOPTED** with the exception of Footnote 3, on Page 7 of Doc. 16, which is **DELETED.**

**DONE and ORDERED** this the **12**[th] day of **August, 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**